**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-6942**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILBUR CHARITY, a/k/a Dip,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:09-cr-00019-D-1)

—————————

Submitted:  June 15, 2023                                 Decided:  June 20, 2023

—————————

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Wilbur Charity, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbur Charity appeals the district court's order denying his motion for reconsideration of the district court's previous denial of his motion for a sentence reduction under § 404 of the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Charity*, No. 2:09-cr-00019-D-1 (E.D.N.C. July 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*